

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Freiwald, Robin Lynn<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACR10-257<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ____def_____, IT IS ORDERED that a detention hearing
is set for __Monday, 12/20/10_____, at _10:30 a__ ☒a.m. / ☐p.m. before the
Honorable __Robert N Block_____, in Courtroom __6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
(Other custodial officer)

Dated: ____12/16/10____

_____
U.S. District Judge/Magistrate Judge